**Abatement Order filed October 5, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00452-CV
_____

**ZHILI "JENNY" ZHAO, Appellant**

**V.**

**YUE "MARK" WANG, Appellee**

---

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2019-49317**

---

### ABATEMENT ORDER

In requesting an extension of time to file appellee's brief and a postponement of this case's submission, the parties noted they are working to mediate the case next month. Accordingly, the court **ORDERS** the appeal **ABATED** for a period of sixty days to allow the parties an opportunity to mediate the case.

1

If mediation fully resolves the issues in the case, the court **ORDERS** the parties to file a motion to dismiss the appeal, other dispositive motion, or a motion for additional time to file the dispositive motion, within **10 days** of the conclusion of the mediation.

The court **ORDERS** the appellate timetable in this case suspended for **60 days** from the date of this order.

The appeal is **ABATED**, treated as a closed case, and removed from this court's active docket for a period of sixty days. The appeal will be reinstated on this court's active docket after sixty days. Any party may file a motion stating grounds for reinstating the appeal before the end of the sixty-day period. In the event mediation does not resolve this case within sixty days and the case is reinstated, appellee's brief shall be due December 6, 2021.

Any party may also file a motion to dismiss the appeal or other dispositive motion at any time. Any party may file a motion to extend the abatement period for completion of mediation or to finalize a settlement.

PER CURIAM

Panel Consists of Justices Wise, Bourliot, and Zimmerer.